IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**FILED IN OPEN COURT**
MAR 27 2019
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:19 cr 62 |
| v. | ) | |
| | ) | |
| SAU HOONG LEE, | ) | Counts 1-4: 18 U.S.C. § 1028(a)(7) |
| | ) | Identity Document Fraud |
| also known as | ) | |
| | ) | Count 5: 18 U.S.C. § 1028(a)(4) |
| Siew Cheah, | ) | Identity Document Fraud |
| Karlyn Cheah, | ) | Against the United States |
| Teresa Li, | ) | |
| Claudia Lee, | ) | Count 6: 18 U.S.C. § 1028A |
| Qin Pan, | ) | Aggravated Identity Theft |
| Sri Yulieantiningsih, | ) | |
| Cindy Lin, and | ) | **UNDER SEAL** |
| Cindy Tran, | ) | |
| | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

March 2019 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

COUNTS 1 - 4

Fraud in Connection with Identification Documents

On or about the dates and in the locations listed below, in the Eastern District of Virginia, the defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li, Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, knowingly and unlawfully used without lawful authority a means of identification of another person in or affecting interstate or foreign commerce, in connection with any unlawful activity that constitutes a felony under any applicable state or local law. In specific, when stopped by police

while driving vehicles on the dates and in the locations described below, the defendant provided what purported to be a Virgina driver's license in the name of a woman referred to herein as "CL," with the intent to commit and in connection with the offense of uttering a public record, in violation of Section 18.2-168 of the Code of Virginia:

| Count | Date | Location | Vehicle |
|---|---|---|---|
| 1 | June 25, 2014 | Fairfax County | 2013 Ferrari |
| 2 | September 20, 2014 | Fairfax County | 2014 Porsche |
| 3 | November 13, 2015 | Fairfax County | 2016 Ferrari |
| 4 | June 24, 2016 | Brunswick County | 2017 Porsche |

(In violation of Title 18, United States Code, Sections 1028(a)(7).)

## COUNT 5

### Possession of a Fraudulent Identity Document With Intent to Defraud the United States

On or about October 6, 2015, in Loudoun County, in the Eastern District of Virginia, the defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li, Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, did knowingly and unlawfully possess an identification document (other than one issued lawfully for the use of the possessor) or a false identification document with the intent such document be used to defraud the United States. In specific, the defendant used the driver's license of a woman referred to herein as "CL" to pass through a security checkpoint operated by the Transportation Security Administration at Washington Dulles International Airport.

(In violation of Title 18, United States Code, Section 1028(a)(4).)

COUNT 6

Aggravated Identity Theft

On or about October 6, 2015, in Loudoun County, in the Eastern District of Virginia, the defendant, SAU HOONG LEE, also known as Siew Cheah, Karlyn Cheah, Teresa Li, Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Tran, and Cindy Lin, during and in relation to felony violations enumerated in 18 U.S.C. § 1028A(c), did knowingly and without lawful authority possess and use a means of identification of another person. In specific, the defendant used the driver's license of a woman referred to herein as "CL" to (a) pass through a security checkpoint operated by the Transportation Security Administration, and thereby defraud the United States of America, in violation of 18 U.S.C. § 1028(a)(4); and (b) engage in a scheme to defraud United Airlines of its right to limit carriage on its airplane to passengers traveling under their actual identities, in violation of of 18 U.S.C. § 1343.

(In violation of Title 18, United States Code, Sections 1028A(a)(1).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

FOREPERSON

G. Zachary Terwilliger
United States Attorney

_____
Gordon D. Kromberg
Assistant United States Attorney

_____
Joseph Attias
Special Assistant United States Attorney

4