AO 442 (Rev. 11/11) Arrest Warrant

PID#: 10823475

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

SAU HOONG LEE,
a/k/a Siew Cheah, Karlyn Cheah, Teresa Li, Claudia Lee, Qin Pan, Sri Yulieantiningsih, Cindy Lin, and Cindy Tran

*Defendant*

Case No. 1:19-CR-62

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sau Hoong Lee,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-4 18 U.S.C. § 1028(a)(7)  Identity Document Fraud
Count   5 18 U.S.C. § 1028(a)(4)  Identity Document Fraud Against the United States
Count   6 18 U.S.C. § 1028A       Aggravated Identity Theft

Date: 3/27/2019

*Issuing officer's signature*

City and state: Alexandria, Virginia

L Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 3/29/19, and the person was arrested on (date) 4/24/19
at (city and state) Los Angeles, CA.

Date: 4/24/19

*Arresting officer's signature*

*Printed name and title*

For CA