IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:19-cr-62-TSE |
| | ) | |
| v. | ) | |
| | ) | |
| SAU HOONG LEE. | ) | |
| | ) | |
| *Defendant*. | ) | |

## **MOTION TO WITHDRAW**

The United States moves to withdraw its June 21, 2019, motion for a protective order. (Dkt. 30.) On June 27, 2019, the Defendant pled guilty to Counts Five and Six of the Indictment. (Dkt. 34.) In light of the Defendant's guilty plea, the government moves to withdraw its June 21, 2019, motion.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      /s/
Joseph Attias
Special Assistant United States Attorney
Gordon D. Kromberg
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3700
Joseph.Attias@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record in this matter.

By:         /s/
Joseph Attias
Special Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 202-616-0736