# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-CR-62 |
| SAU HOONG LEE, | |
| Defendant | |

## MOTION TO RECOMMEND PRISON ASSIGNMENT

Counsel for the Defendant in his sentencing memorandum, requested the Court to recommend that the Bureau of Prisons assign her to FCI Dublin, California to serve her sentence because her younger daughter lives in California. Counsel forgot to re-new his request in open Court on October 4, 2019, but does so in this motion.

Respectfully submitted

_____/s/_____
B.R. Hicks
Virginia Bar Number 15712
Attorney for Defendant, Sau Hoong Lee
B.R. HICKS, PC
5429 Backlick Road, Suite 110
Springfield, VA 22151
(703) 354-4000
(703) 354-4298 (fax)
billhickslaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then

1

send a notification of such filing (NEF) to the following:

Gordon Kromberg, Esquire
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

                /s/
              B.R. Hicks
              Virginia Bar Number 15712
              Attorney for Defendant, Sau Hoong Lee
              B.R. HICKS, PC
              5429 Backlick Road, Suite 110
              Springfield, VA 22151
              (703) 354-4000
              (703) 354-4298 (fax)
              billhickslaw@gmail.com