IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19CR62 |
| | ) | |
| SAU HOONG LEE, | ) | Hon. T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PRO HAC VICE ADMISSION**
**AND WAIVER OF ADMISSION FEE**

Comes now the undersigned pro bono local counsel, pursuant to Local Rule 57.4, and moves this Honorable Court to grant *pro hac vice* status to pro bono counsel Peter James Leininger, Esquire and Zi Wei Hu, Esquire, and to waive the admission fee, so that they may represent Ms. Lee on her forthcoming Motion for Compassionate Release. The undersigned states the following in support of this motion:

1. Ms. Lee will be filing a forthcoming Motion for Compassionate Release.

2. In connection with the Federal Public Defender's Pro Bono Counsel Program Attorneys Peter Leininger and Zi Hu have agreed to assist and represent Ms. Lee on this motion pro bono, and the undersigned has agreed to be local counsel pro bono.

3. Attached are their applications for *Pro Hac Vice* admission before this Court.

4. Given that Mr. Leininger and Ms. Hu's work on the defendant's case is pro bono, the undersigned moves for a waiver of the $75.00 *pro hac vice* fee on each application.

Accordingly, for the foregoing reasons, it is respectfully requested that this motion be granted and that the Court enter the proposed attached orders.

Respectfully Submitted,
SAU HOONG LEE
By Counsel
CARMICHAEL ELLIS & BROCK, PLLC
_____/s/_____
Jessica N. Carmichael, Virginia Bar 78339
Counsel for Defendant
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2020, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                 /s/
                                  Jessica N. Carmichael, Esq.