IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 19-cr-00062-TSE |
| | ) | The Hon. T.S. Ellis, III |
| SAU HOONG LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL
OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

PLEASE TAKE NOTICE that defendant, Sau Hoong Lee, by counsel, hereby withdraws her Emergency Motion for Compassionate Release filed on December 29, 2020, ECF No. 70. Counsel conferred with Ms. Lee who is in agreement with this withdrawal.

Respectfully submitted,

/s/ Jessica Carmichael
Jessica N. Carmichael
Virginia Bar No. 78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com
*Local Counsel*

/s/ Peter Leininger
Peter Leininger
King & Spalding LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 626-5586
pleininger@kslaw.com
Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

  I certify that on this 4th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to all counsel of record.

                 /s/ Jessica Carmichael
                 Jessica N. Carmichael