IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Court No.  1:19-cr-62 |
| ) | |
| SAU HOONG LEE,                       ) | |
| ) | |
| Defendant.           ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

On October 4, 2019, the Court sentenced Defendant to a term of fifty-one months of imprisonment. ECF No. 62. Defendant continues to serve her sentence, and on December 29, 2020, Defendant filed an Emergency Motion for Compassionate Release. ECF No. 70. As a result, the Court ordered the government to file a response to Defendant's Motion no later than January 15, 2021. ECF No. 71. On January 4, 2021, counsel for Defendant filed a Notice of Withdrawal of Emergency Motion for Compassionate Release ("Notice"). ECF No. 73. The Notice further indicated that the Defendant was in agreement with the Notice.

In light of this Notice, Defendant's Motion for Compassionate Release is now moot and no longer requires a response from the government. However, should the Court require a more fulsome response as referenced in its December 29, 2020 order, the United States will provide one in advance of the January 15, 2021 deadline.

       Respectfully submitted,

       G. ZACHARY TERWILLIGER
       UNITED STATES ATTORNEY

By:    _____/s/_____
       Kathryn DeMarco
       Special Assistant United States Attorney
       Marc J. Birnbaum
       Assistant United States Attorney
       United States Attorney's Office
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Phone: (703) 299-3854
       Fax: (703) 299-3980
       Email: Kathryn.DeMarco@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                /s/
Kathryn DeMarco
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: Kathryn.DeMarco@usdoj.gov